UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  26-61171-CIV-DAMIAN

LAURA CAROLINA QUINONEZ
RAMIREZ,

Petitioner,

v.

CYNTHIA SWAIN, *et al.*,

Respondents.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Parties' Joint Status Report, filed on June 15, 2026, indicating that Petitioner was afforded a bond hearing on May 19, 2026, and that the Immigration Judge granted bond. [ECF No. 8]. The Parties further indicate that, in light of Petitioner's release from custody on May 26, 2026, the relief sought in the Petition is fully resolved.

In light of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is **DISMISSED**. This case is Closed.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 16th day of June, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:     Counsel of record